UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ARAYOS, LLC,        )<br>                     )<br>          PLAINTIFF   )<br>                     )<br>V.                   )<br>                     )<br>JIMMIE ELLIS, ET AL.,)<br>                     )<br>          DEFENDANTS )  | CIVIL NO. 1:14-CV-60-DBH |

## PROCEDURAL ORDER REQUESTING FURTHER CLARIFICATION REGARDING PLAINTIFF'S PROPOSED JUDGMENT

On October 8, 2015, I held a damages hearing on the plaintiff's motion for default judgment (ECF No. 66). At the hearing, the plaintiff offered exhibits and elicited testimony from Scott Liberty, the plaintiff's president and owner. On October 16, 2015, the plaintiff filed a supplemental post-hearing brief and proposed final judgment requesting damages and an injunction on claims in the plaintiff's First Amended Complaint. See ECF Nos. 29, 63, 67, 78.

After reviewing the plaintiff's calculations in its supplemental brief and proposed judgment, I request clarification of the following:

Paragraph 6 of the plaintiff's compensatory damages calculation refers to misappropriation of Arayos's operating funds for payment of lodging and training of DJs from the South in the amount of $10,000. Pl.'s Suppl. Post Hr'g Br. (ECF No. 78.) This figure is supported by the affidavits of Scott Liberty, Allison Stone, and Brittany Levasseur. Hr'g Exs. 8, 9, 10. The affidavits, however, do not provide enough information on how the plaintiff arrived at the $10,000 figure. They seem to provide the DJs' pay rate per shift, but not the number of shifts.

They do seem to provide sufficient information to calculate the rent paid by Arayos for each DJ, but that is no more than $3,200.

It is therefore **ORDERED** that the plaintiff file a clarification to its supplemental post-hearing brief by October 28, 2015, to explain the $10,000 figure.

**SO ORDERED.**

**DATED THIS 20TH DAY OF OCTOBER, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**